HOMER C. GARDNER, Appellant, *v.* JOHN J. GINTHER et al., Comprising the Board of Education of Central School District No. 1 of the Towns of Sweden, Ogden, Parma and Clarkson, Monroe County, and Clarendon and Murray, Orleans County, Respondents.

(Argued October 16, 1931; decided October 23, 1931.)

*Leon A. Plumb* and *William MacFarlane* for appellant.
*James Mann* for respondents.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Harold Greenstein* of counsel), for the State of New York.

*Ernest E. Cole* and *Irwin Esmond* for the Commissioner of Education of the State of New York, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.